UNITED STATES DISTRICT COURT
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
DISTRICT OF UTAH
CENTRAL DIVISION

Brian Jenkins,
Plaintiff,
v.
BUREAU OF LAND MANAGEMENT,
Defendant.
Case No.: _____

Case: 2:26-cv-00039
Assigned To : Kimball, Dale A.
Assign. Date : 1/14/2026
Description: Jenkins v. Bureau of Land Management

FILED US District Court-UT
JAN 14 '26 PM03:04

COMPLAINT FOR TEMPORARY, PRELIMINARY, AND PERMANENT INJUNCTIVE RELIEF

(APA and Fifth Amendment Due Process)

I. NATURE OF THE ACTION

This is an action for review and relief from the Bureau of Land Management's unlawful rejection of Plaintiff's placer mining claim (Claim No. 106733-171) and immediate enforcement actions, including threatened fines and orders to remove essential mining equipment.
Plaintiff seeks declaratory and injunctive relief under the Administrative Procedure Act, 5 U.S.C. § 706, and protection of rights guaranteed by the Fifth Amendment to the United States Constitution.

II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 (federal question) and 1361 (mandamus), and 5 U.S.C. § 702 (APA).
Venue is proper in the Central Division of the District of Utah because the acts complained of occurred in Utah County, Utah, and the enforcement actions are directed at Plaintiff's mining operations located in Utah County.

III. PARTIES

Plaintiff, Brian Jenkins, is an individual residing at 1174 North 560 West, Orem, Utah 84057, and is the owner/operator of the placer mining claim at issue.
Defendant, Bureau of Land Management (BLM), is a federal agency responsible for administering public lands, including the mining claim held by Plaintiff.

IV. FACTUAL BACKGROUND

Plaintiff filed a placer mining claim, identified as Claim No. 106733-171, under the General Mining Law of 1872.
The Bureau of Land Management issued a rejection of Plaintiff's mining claim.

Plaintiff filed an administrative appeal of this decision.
BLM transmitted its findings on the appeal solely by email. Plaintiff did not receive or become aware of the decision before enforcement actions began.
On or about January 9th BLM demanded that Plaintiff remove all mining equipment within 7 days and threatened daily fines of $25 for non-compliance.
Compliance within this timeframe is unduly burdensome, costly, and interferes with Plaintiff's livelihood.
BLM's enforcement actions, in light of the notice failure, constitute a deprivation of Plaintiff's property without due process of law.

## V. CLAIMS FOR RELIEF

Count I – Administrative Procedure Act, 5 U.S.C. § 706

BLM's rejection and enforcement actions are arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law.
BLM failed to observe required procedures, including providing adequate notice, in violation of the APA.
Count II – Fifth Amendment Due Process
BLM deprived Plaintiff of property and threatened penalties without adequate notice or an opportunity to be heard.
Such actions constitute a violation of Plaintiff's rights under the Fifth Amendment.

## VI. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:
Issue a Temporary Restraining Order and/or Preliminary Injunction enjoining Defendant from enforcing removal orders, fines, or penalties related to Plaintiff's mining claim;
Declare Defendant's rejection of Plaintiff's mining claim and related enforcement actions unlawful;
Issue a Permanent Injunction preventing Defendant from taking similar enforcement actions without proper notice;
Award such other and further relief as the Court deems just and proper.

## VII. JURY TRIAL

Plaintiff does not request a jury trial.
Respectfully submitted,
Brian Jenkins
Plaintiff, Pro Se
1174 North 560 West
Orem, Utah 84057
Phone: 8016360969
Email: brianforutah@gmail.com

*/s/ Brian Jenkins*